UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                                                  Case No.  2:06-mj-31

LUIS ALBERTO PAZ-CLEMENTE,                          HON. TIMOTHY P. GREELEY

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 20, 2006, for purposes of an initial appearance on a complaint alleging Fraud and Misuse of Visas, Permits and other Documents.  At that time, the government advised the court that an immigration detainer had been placed on the defendant, making him ineligible for release on bond.  Accordingly, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an  attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                                    /s/ Timothy P. Greeley
                                                  TIMOTHY P. GREELEY
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:   November 21, 2006